# Exhibit 2



# MEDICAL FACULTY ASSOCIATES
## THE GEORGE WASHINGTON UNIVERSITY
## DEPARTMENT OF NEUROLOGY

March 4, 2016

RE: Work Place Accommodation

To Whom It May Concern:

    I have seen Nicole Appleman in consultation to assess treatment for myasthenia gravis. She has laboratory confirmed diagnosis of myasthenia gravis, a neuromuscular disease producing weakness and fatigue. Her treatments have been consistent with standard of care. She has undergone removal of the thymus (thymectomy), pyridostigmine, and high doses of prednisone for many months with a slow taper followed by a maintenance dose. She has improved significantly but continues to need energy budgeting to approach normal levels of function. Additional treatments are contraindicated. She had a significant reaction to intravenous immunoglobulin which compromises its use. As a young woman intending to have children, she is not a candidate for immunosuppressive drugs which have teratogenic side effects. My recommendation is that she have work place accommodation, including telework, in order to optimize her overall health. This accommodation should be re-assessed periodically.

Sincerely,

Henry J. Kaminski, MD
Meta A. Neumann Professor
Chairman and Professor of Neurology
George Washington University

**Preneta, Kasia (DDS)**
___

**From:** Phillips, Rachel (DDS)
**Sent:** Monday, March 7, 2016 11:23 AM
**To:** Appleman, Nicole   DDS Washington DC
**Subject:** RE: Doctor's Note - Nicole Appleman

Good morning,

I have received both forms.

Thank you.

Rachel Phillips
Human Resources Specialist
Department on Disability Services
Human Capital Administration
1125 15th Street NW, 2nd Floor
Washington, DC 20005
Office: 202-730-1787
Fax: 202-730-1515

---

**From:** Appleman, Nicole DDS Washington DC [mailto:Nicole.Appleman@ssa.gov]
**Sent:** Monday, March 07, 2016 11:09 AM
**To:** Phillips, Rachel (DDS)
**Subject:** RE: Doctor's Note - Nicole Appleman

Rachel,

I wanted to confirm receipt of the Doctor's Note and Reasonable Accommodation Request Form. Please let me know the timeline/process from here.

Thanks,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501

---

**From:** Appleman, Nicole DDS Washington DC
**Sent:** Monday, March 07, 2016 9:06 AM
**To:** Phillips, Rachel (DDS) (rachel.phillips@dc.gov)
**Subject:** FW: Doctor's Note - Nicole Appleman

FYI

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501

**From:** Appleman, Nicole DDS Washington DC
**Sent:** Monday, March 07, 2016 7:41 AM
**To:** Bonsack, Deborah (DDS) (deborah.bonsack@dc.gov); Hernandez, Gria (DDS)
**Cc:** Evans, Darryl DDS Washington DC
**Subject:** Doctor's Note - Nicole Appleman

Good Morning,

I want to touch base regarding a medically necessary workplace accommodation due to a well-documented health condition. I have attached a letter from George Washington University Neurology and will also be receiving an additional letter of support from Georgetown University Hospital Neurology in the next day or so (which I will forward).

This accommodation will allow me to continue to perform my duties and assist the agency in the most optimal way, which I am dedicated to doing.

Please let me know any next actions that need to be taken by me and what the process is for this request.

I appreciate your understanding and assistance in this very sensitive matter.

Thank you,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501

**Preneta, Kasia (DDS)**

| | |
|---|---|
| From: | Appleman, Nicole   DDS Washington DC <Nicole.Appleman@ssa.gov> |
| Sent: | Wednesday, March 9, 2016 6:59 AM |
| To: | Phillips, Rachel (DDS) |
| Subject: | Doctors note |
| Attachments: | POB101A_20160307_14796.pdf |

Importance: High

Hi Rachel,

Here is another doctor's note to support my request. Please let me know the status of my request submitted 3/7.

Thanks,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501



# MedStar Georgetown University Hospital

18111 Prince Philip Dr., Suite 101
Olney, MD 20832
301-774-8956 PHONE
301-774-8957 FAX
MedStarGeorgetown.org

**Georgetown Neurology at
MedStar Montgomery Medical Center**

March 7, 2016

RE: Nicole Appleman, DOB 11/2/1984

To Whom It May Concern:

Ms. Appleman is under my care in the Department of Neurology for myasthenia gravis. Due to the current status of her condition and potential fluctuations in disease control with this condition requiring adjustments to her management or additional medical visits, it is recommended that she have accommodations as needed to reduce exhaustion, including possible reductions in work schedule and/or the capability for working remotely.

If further information is required, please call my office at 301-774-8956.

Sincerely,

Shakti Nayar, M.D.

*Knowledge and Compassion*
**Focused on You**

## Preneta, Kasia (DDS)

**From:** Phillips, Rachel (DDS)
**Sent:** Wednesday, March 9, 2016 9:27 AM
**To:** Appleman, Nicole DDS Washington DC
**Subject:** RE: Doctors note

Good morning,

The document has been received. As stated on 3/7 via our telephone conversation you will receive a response to your request by Friday.

Thank you.


Rachel Phillips
Human Resources Specialist
Department on Disability Services
Human Capital Administration
1125 15th Street NW, 2nd Floor
Washington, DC 20005
Office: 202-730-1787
Fax: 202-730-1515


**From:** Appleman, Nicole DDS Washington DC [mailto:Nicole.Appleman@ssa.gov]
**Sent:** Wednesday, March 09, 2016 6:59 AM
**To:** Phillips, Rachel (DDS)
**Subject:** Doctors note
**Importance:** High

Hi Rachel,

Here is another doctor's note to support my request. Please let me know the status of my request submitted 3/7.

Thanks,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501

1



GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT ON DISABILITY SERVICES

**Personal and Confidential**

March 9, 2016

Ms. Nicole Appleman
4835 Cordell Avenue
Apt. 819
Bethesda, MD 20814

RE: Reasonable Accommodation Request

Dear Ms. Appleman:

Your request for a Reasonable Accommodation has been reviewed by the Department on Disability Services (DDS), Office of Human Capital Administration (HCA). Please be advised that:

Your request to telework has been denied due to insufficient documentation to prove that your health condition deems you unable to work in an office environment.

If you have any questions or concerns, please contact Rachel Phillips, Human Resources Specialist at 202-730-1787 or via email at rachel.phillips@dc.gov.

Sincerely,

Gria Hernandez
Human Capital Administrator

Cc: Rachel Phillips, Human Resources Specialist



1125 15th Street, NW ★ Washington, DC 20005 ★ 202-730-1700 ★ www.dds.dc.gov

## Morosco, Taylor (OAG)

| | |
|---|---|
| **From:** | Appleman, Nicole (DDS) |
| **Sent:** | Thursday, March 24, 2016 9:39 AM |
| **To:** | Hernandez, Gria (DDS); Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS) |
| **Cc:** | Nicole.Appleman@ssa.gov |
| **Subject:** | RE: ADA Re: N. Appleman |

Due to my documented disability I am requesting that we meet at 1227 25th Street. I know Deborah Bonsack will be here the following day for a staff meeting, so if meeting here that day is more convenient please let me know.

I am requesting that a union representative be present for this meeting as well as my attorney via conference call. Please let me know the new meeting information for this to be arranged with all necessary parties in advance.

Thank you,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501

_____
From: Young, Derrick W. (DDS) On Behalf Of Hernandez, Gria (DDS)
Sent: Wednesday, March 23, 2016 4:00 PM
To: Bonsack, Deborah (DDS); Evans, Darryl (DDS); Hernandez, Gria (DDS); Phillips, Rachel (DDS); Appleman, Nicole (DDS)
Subject: ADA Re: N. Appleman
When: Tuesday, April 05, 2016 12:30 PM-1:00 PM.
Where: DDS, Conference Room 2B

Good Afternoon,

On behalf of Gria Hernandez, we invite you to a meeting to discuss ADA regarding Nicole Appleman on Tuesday, April 5, 2016 at 12:30 in conference room 2B. Please confirm attendance. If you have any questions please contact Derrick Young at 202-730-1712 or via email derrick.young@dc.gov<mailto:derrick.young@dc.gov>.

Thank you.

## Morosco, Taylor (OAG)

| | |
|---|---|
| **From:** | Hernandez, Gria (DDS) |
| **Sent:** | Thursday, March 24, 2016 1:41 PM |
| **To:** | Appleman, Nicole DDS Washington DC; Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS); Appleman, Nicole (DDS); Back, Mark (DDS) |
| **Cc:** | appleman.nicole@gmail.com |
| **Subject:** | RE: ADA Re: N. Appleman |

Hi Nicole,

The agency will propose another time.  A follow up will be coming soon.

Thanks,

Gria


Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Appleman, Nicole DDS Washington DC" <Nicole.Appleman@ssa.gov>
Date: 24/03/2016 11:39 AM (GMT-05:00)
To: "Hernandez, Gria (DDS)" <gria.hernandez@dc.gov>, "Bonsack, Deborah (DDS)" <deborah.bonsack@dc.gov>, "Evans, Darryl (DDS)" <Darryl.Evans@dc.gov>, "Phillips, Rachel (DDS)" <rachel.phillips@dc.gov>, "Appleman, Nicole (DDS)" <nicole.appleman@dc.gov>, "Back, Mark (DDS)" <mark.back@dc.gov>
Cc: appleman.nicole@gmail.com
Subject: RE: ADA Re: N. Appleman


I want to confirm that my supervisor, Darryl Evans will be able to attend (since the time of this meeting would require him to work a 10 hour work day that day). I will check with my attorney and union representative as well and get back to you.

Thanks,

Nicole Appleman
Medical Liaison Officer
Department on Disability Services
1227 25th St. N.W. 4th Floor
Washington, D.C. 20037
Phone: 202-442-8519
Fax: 202-442-8501


-----Original Appointment-----
From: derrick.young@dc.gov [mailto:derrick.young@dc.gov] On Behalf Of Hernandez, Gria (DDS)

1

Sent: Thursday, March 24, 2016 11:25 AM
To: Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS); Appleman, Nicole (DDS); Back, Mark (DDS)
Cc: Appleman, Nicole DDS Washington DC; appleman.nicole@gmail.com
Subject: ADA Re: N. Appleman
When: Wednesday, April 06, 2016 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: DDD (1227 25th Street NW Wash. DC )

Good Afternoon,

On behalf of Gria Hernandez, we invite you to a meeting to discuss ADA regarding Nicole Appleman on Wednesday, April 6, 2016 at 3:00 pm at DDD (1227 25th Street NW Wash. DC) . Please confirm attendance. If you have any questions please contact Derrick Young at 202-730-1712 or via email derrick.young@dc.gov <mailto:derrick.young@dc.gov> .

Thank you.

## Morosco, Taylor (OAG)

| | |
|---|---|
| **From:** | Appleman, Nicole (DDS) |
| **Sent:** | Monday, March 28, 2016 10:35 AM |
| **To:** | Hernandez, Gria (DDS); Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS); Back, Mark (DDS) |
| **Cc:** | bludwig@wwdlaw.com |
| **Subject:** | RE: ADA RE: N. Appleman |

Gria,

I am not off that day, however my attorney is not available then. I will get back to you on dates.

_____
From: Hernandez, Gria (DDS)
Sent: Monday, March 28, 2016 8:59 AM
To: Appleman, Nicole (DDS); Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS); Back, Mark (DDS)
Cc: bludwig@wwdlaw.com
Subject: RE: ADA RE: N. Appleman

Nicole,

I didn't show that you were off that day in PS.

Please provide 3 dates that work for you.

Thanks in advance,

Gria



Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Appleman, Nicole (DDS)" <nicole.appleman@dc.gov>
Date: 28/03/2016 8:45 AM (GMT-05:00)
To: "Hernandez, Gria (DDS)" <gria.hernandez@dc.gov>, "Bonsack, Deborah (DDS)" <deborah.bonsack@dc.gov>, "Evans, Darryl (DDS)" <Darryl.Evans@dc.gov>, "Phillips, Rachel (DDS)" <rachel.phillips@dc.gov>, "Back, Mark (DDS)" <mark.back@dc.gov>
Cc: bludwig@wwdlaw.com
Subject: RE: ADA RE: N. Appleman

This date does not work. The previous date/time was fine. If we cannot do the previous date/time, please provide a few alternative options for dates/times, thanks.
_____
From: Young, Derrick W. (DDS) On Behalf Of Hernandez, Gria (DDS)
Sent: Friday, March 25, 2016 12:38 PM
To: Hernandez, Gria (DDS); Bonsack, Deborah (DDS); Evans, Darryl (DDS); Phillips, Rachel (DDS); Appleman, Nicole (DDS); Back, Mark (DDS)

1

Subject: ADA RE: N. Appleman
When: Monday, April 11, 2016 12:00 PM-1:00 PM.
Where: DDD (1227 25th Street NW Wash. DC)

Good Afternoon,

On behalf of Gria Hernandez, we invite you to this rescheduled meeting to discuss ADA regarding Nicole Appleman. This meeting will take place Monday, April 11, 2016 at 12noon at DDD (1227 25th Street NW Wash. DC). Please confirm attendance.

Thank you.



GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT ON DISABILITY SERVICES

March 31, 2016

Bruce M. Ludwig, Esq.
Law Offices of Willig, Williams & Davidson
1845 Walnut Street, 24th floor
Philadelphia, Pennsylvania 19103
*Via U.S. mail and electronic mail to bludwig@wwdlaw.com*

**RE:   Denial of Nicole Appleman's Reasonable Accommodation Request**

Dear Mr. Ludwig:

Thank you for your March 14, 2016 letter to Gria Hernandez, Human Capital Administrator for the D.C. Department on Disability Services ("DDS"), in which you asked DDS to reconsider its denial of Ms. Appleman's request for a reasonable accommodation. After careful consideration of your letter, DDS will not reconsider its denial, but offers you an opportunity to suggest viable alternatives.

On March 7, 2016, Ms. Appleman requested a reasonable accommodation in the form of "telework/work from home" due to "myasthenia gravis," which "causes [her] weakness and fatigue." She also provided two letters from doctors in support of her request. DDS subsequently denied Ms. Appleman's request, and when she sought clarification of the basis for the denial, DDS sent Ms. Appleman a follow-up letter dated March 17, 2016. In its March 17 letter, DDS referred to Ms. Appleman's position description, stating she is required to be "in the field daily to conduct annual onsite reviews, conduct onsite orientation and training to new consultative examiners and inspect work sites." DDS explained that Ms. Appleman would not be able to fulfill these essential job duties of daily work in the field by working from home. DDS' March 17 letter is attached.

Although teleworking is not a required reasonable accommodation for Ms. Appleman, if you can suggest workable alternatives for her, DDS will be happy to consider them. Since DDS' original denial on March 9, Ms. Appleman has been given the opportunity to suggest alternative reasonable accommodations, but she continues to state that working from home is the only accommodation she desires.

If you have any questions or concerns, please contact me at (202) 615-0953 or Kasia.Preneta@dc.gov. Thank you.





Sincerely,

MARK D. BACK
General Counsel
D.C. Department on Disability Services

*Kasia Preneta* (signature)

KASIA M. PRENETA
Assistant General Counsel
D.C. Department on Disability Services

cc (via email):  Nicole Appleman
Deborah Bonsack, DDS Deputy Director for Administration
Gria Hernandez, DDS Human Capital Administrator
Rachel Phillips, DDS Human Resources Specialist
Mark D. Back, DDS General Counsel





**Law Offices of**
**Willig, Williams & Davidson**

Twenty-Fourth Floor
1845 Walnut Street
Philadelphia, Pennsylvania 19103

(215) 656-3600
www.wwdlaw.com

Bruce M. Ludwig
Phone: (215) 656-3644
Fax: (215) 561-5135
bludwig@wwdlaw.com

April 5, 2016

200811-19

<u>Via Email and 1st Class Mail</u>

Kasia M. Preneta, Assistant General Counsel
D.C. Department on Disability Services
Government of the District of Columbia
Department on Disability Services
1125 15th Street, NW
Washington DC 20005

Re: **Denial of Nicole Appleman's Reasonable Accommodation Request**

Dear Ms. Preneta:

I am in receipt of your letter of March 31, 2016 which responds to my earlier letter. I must confess continued amazement that your client has now denied Ms. Appleman's request on three (3) occasions without ever engaging in the interactive process required under the Rehabilitation Act and the Americans with Disabilities Act. This failure is a gross violation of applicable law. <u>See</u> 29 C.F.R. §1630.2(o)(3); *Mogenhan v. Napolitano*, 613 F3rd 1162, 1167 (D.C. Cir. 2010).

My client remains ready, willing and able to engage in that "interactive process". That is the proper procedure as opposed to our suggesting alternatives via letter.

Furthermore, it appears that your client is basing its denial on an inaccurate understanding of Ms. Appleman's job duties. For example, the statement that her duties include "daily work in the field" is incorrect. Would you please forward to us the position description that you and your client have referenced. Moreover, if there is a separate document which purports to outline the essential functions of her position, please forward that as well. With that information we would be in a better position to point out the inaccuracies in the explanation given by DDS.

Finally, while teleworking may not be a required accommodation, teleworking is considered to be a reasonable accommodation for persons with a disability such as one Ms. Appleman has. <u>See</u> EEOC, "Enforcement Guidance on Reasonable Accommodation

Harrisburg Office: 212 Locust Street, Suite 601, Harrisburg, PA 17101 • (717) 221-1000
Jenkintown Office: 801 Old York Road, Suite 313, Noble Plaza, Jenkintown, PA 19046 • (215) 884-7352
South Jersey Office: 101 Windsor Avenue, Haddonfield, NJ 08033 • (856) 616-0606
Media Office: Second Floor, 221 North Olive Street, Media, PA 19063 • (610) 566-3930
North Jersey Office (Livingston Siegel DiMarzio, LLP, Of Counsel): 661 Franklin Avenue, Nutley, NJ 07110 • (973) 661-4545
Chicago Office (Illinois Advocates LLC, Of Counsel): 77 W. Washington Street, Suite 2120, Chicago, IL 60602 • (312) 818-6750






Law Offices of
Willig, Williams & Davidson

Kasia M. Preneta, Assistant General Counsel
April 5, 2016
Page 2

and Undue Hardship Under the ADA" (revised 10/17/02). However, to the extent that the Department offers telework (which we understand it does), it must allow Ms. Appleman an equal opportunity to participate in such a program.

    Should you have any questions concerning the points made in this letter or our request, please contact me. Thank you very much.

Very truly yours,

BRUCE M. LUDWIG

BML/aer

cc:  Ms. Nicole Appleman (via email)